IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DOCKET

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                                     **Case No. 20-CR-20065-JAR-JPO**

**TERESA OSBORN,**

**Defendant.**

### INFORMATION

The United States Attorney Charges:

From at least in or about October 2015 and continuing until in or about May 2016, within the District of Kansas, the defendant,

**TERESA OSBORN,**

willfully and knowingly did embezzle, steal, purloin, and convert to her own use more than $1,000 of money and a thing of value of the United States, namely, monthly payments of Social Security disability benefits, which funds defendant was not entitled to receive, with intent to deprive the United States and the Social

Security Administration of the use and benefit of the money and thing of value, in violation of Title 18, United States Code, Section 641.

Dated: October 13, 2020

*/s/ Ryan J. Huschka,* # 23840, for
STEPHEN R. MCALLISTER
United States Attorney

Robert J. Dole Courthouse
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Phone: 913-551-6730
Fax: 913-551-6541
Stephen.McAllister@usdoj.gov
Kansas Sup. Ct. No. 15845

(It is requested that trial of the above-captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

- A term of imprisonment not to exceed ten (10) years.

- A fine not to exceed $250,000.

- A term of supervised release not to exceed three (3) years.

- A mandatory special assessment of $100.